# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIM NO.** _____ |
| | : | |
| **v.** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 1343** |
| **LEUNEA D. MYERS,** | : | **(Wire Fraud)** |
| | : | |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney hereby charges that:

### COUNT ONE

### Background

1. From February 2015 to November 2017, Leunea D. Myers (the "Defendant") was the office manager and bookkeeper for Company A.

2. Company A, whose office is located in the District of Columbia, is a professional trade association management company that has been in business for more than forty years.

3. The Defendant's responsibilities at Company A included tracking client billings and receipts, depositing money into and reconciling Company A's clients' bank accounts, drafting checks, and preparing financial statements.

4. Wake & Bake Patisserie LLC is a company the Defendant formed and registered in Maryland in September 2015. The Articles of Incorporation for Wake & Bake Patisserie LLC indicate that its business purpose was intended to be a food and beverage catering company. The address for Wake & Bake Patisserie LLC was the Defendant's residence in Clinton, Maryland.

### The Scheme

5. From in or around April 2015 to in or around November 2017, the Defendant devised and intended to devise a scheme to defraud Company A, and to obtain money and property by means of materially false pretenses, representations, and promises.

### Manner and Means

6. It was part of the scheme that:

   a. The Defendant caused numerous unauthorized payments from an American Express credit card account belonging to Company A to Wake & Bake Patisserie LLC's SunTrust bank account, and then used the funds in Wake & Bake Patisserie LLC's SunTrust bank account to make personal expenditures.

   b. The Defendant used Company A's American Express card to make more than approximately 3,700 additional unauthorized personal expenditures exceeding $1 million, including on Amazon.com, which were not authorized by Company A.

   c. The Defendant wrote numerous unauthorized checks on Company A's clients' accounts to herself or for her personal benefit.

7. On or about November 10, 2017, in the District of Columbia and elsewhere, in connection with an American Express purchase, the Defendant, for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate commerce, signs and signals from the District of Columbia to Phoenix, Arizona.

**(Wire Fraud, in Violation of Title 18, United States Code Section 1343)**

                JESSIE K. LIU
                United States Attorney

By:    /s/ John Marston
        JOHN MARSTON
        Bar No. DC - 493012
        Assistant United States Attorney
        555 4th Street, N.W., Room 5239
        Washington, DC 20530
        202-252-6886
        John.Marston@usdoj.gov